IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00327-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. Andre Gilmore

        Defendants.

## NOTICE OF APPEARANCE

Brian R. Leedy, Haddon, Morgan, Foreman, P.C., respectfully enters his appearance on behalf of the defendant Andre Gilmore.

        Respectfully submitted,

        */s/ Brian R. Leedy*
        Brian R. Leedy
        Haddon, Morgan & Foreman P.C.
        150 E. 10th Ave
        Denver CO, 80203
        (303) 831-7364
        Email Address:  bleedy@hmflaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record, and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Luis Carlos Flores     (via hand delivery)

*/s/ Brian R. Leedy*
Brian R. Leedy
Haddon, Morgan & Foreman P.C.
150 E. 10th Ave
Denver CO, 80203
(303) 831-7364
Email Address:  bleedy@hmflaw.com