IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                September 16, 2020
Courtroom Deputy:    Anna Frank
Court Reporter:      Mary George
Probation Officer:   Mallory Coleman

| | |
|---|---|
| Criminal Action No. **17-cr-327-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Jason St. Julien |
| Plaintiff, | |
| v. | |
| 1. ANDRE DANIEL GILMORE, | Brian Leedy |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**9:42 a.m.      Court in session.**

Appearances of counsel. Defendant is present in custody.

Defendant sworn.

**ORDERED:** Pursuant to the CARES Act and the District of Colorado's General Orders, this hearing will proceed via videoconference.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** The Government's oral motion for acceptance of responsibility is granted.

Argument given on sentencing.

**9:55 a.m.      Court in recess.**
**10:08 a.m.     Court in session.**

Continue argument on sentencing.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

Court's findings and conclusions.

**ORDERED:**  The Plea Agreement between the parties is ACCEPTED.

**ORDERED:**  Defendant shall be imprisoned for 40 months as to Count 1 of the Indictment, with his entire sentence to be served concurrent with the sentence that the defendant is currently serving in Denver County District Court Case No. 2016-cr-176. It is the Court's intention that the defendant begin to serve his sentence as of today's date of Sentencing. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado to serve his federal sentence.

**ORDERED:**  The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

**ORDERED:**  The defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:**  Defendant is remanded.

**11:05 a.m.   Court in recess.**

Total time in court: 1:10

Hearing concluded.